**In the Interest of Teresa Ann LAVALLE.**

**Steven DORN, Respondent,**

**v.**

**Linda LAVALLE and Johnny Reed, Appellants.**

**No. WD 34457.**

Missouri Court of Appeals, Western District.

Dec. 20, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled Feb. 28, 1984.

David Kite, Jefferson City, for appellants.

Clarence W. Hawk, California, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from an order terminating parental rights pursuant to § 211.447, RSMo 1978.

Affirmed. Rule 84.16(b).